United States District Court
Southern District of Texas
**ENTERED**
September 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CASE NO.: B-25-CR-524-01 |
| ERNESTO FLORES-GARCIA | § | |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION AFTER GUILTY PLEA

On September 29, 2025, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed July 15, 2025, wherein the defendant Ernesto Flores-Garcia waived appearance before this Court and appeared before United States Magistrate Judge Karen Betancourt for the taking of a felony guilty plea pursuant to Federal Rules of Criminal Procedure Rule 11. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Ernesto Flores-Garcia to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Ernesto Flores-Garcia guilty of the offense of being an alien previously denied admission, excluded, deported, and removed, was unlawfully present in the United States having been found in Cameron County, Texas, without having obtained consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security in violation of Title 8, United States Code, Section 1326(a), as charged in the Indictment.

Signed on September 29, 2025.

Fernando Rodriguez, Jr.
United States District Judge